IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YUBAK PRASAD ROKA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-25-CV-721-KC |
| | § | |
| MARY DE ANDA-YBARRA et al., | § | |
| | § | |
| Respondents. | § | |

### ORDER

On this day, the Court considered the case. On January 8, 2026, the Court granted in part Yubak Prasad Roka's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Jan. 8, 2026, Order 2–3, ECF No. 5. Respondents have now informed the Court that "an Immigration Judge held a bond hearing on January 14, 2026" and "granted bond in the amount of $3,000." Status Report, ECF No. 6; *see id.* Ex. A ("IJ Order"), ECF No. 6-1.

It appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Jan. 8, 2026, Order. Accordingly, **the Clerk shall close the case**. To the extent Roka wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

SIGNED this 16th day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE